**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SELF INITIATED LIVING OPTIONS, INC., JUSTIN AINSWORTH, ASA BACON, GINA BARBARA, and DAVID RODRIGUEZ, and on behalf of themselves and all others similarly situated, <br><br> Plaintiffs, <br><br> v. <br><br> ZWANGER & PESIRI RADIOLOGY GROUP, LLP, <br><br><br> Defendants. | Civil Action No.: 2:25-cv-01104-OEM-ARL <br><br><br> **NOTICE OF APPEARANCE** |

     **PLEASE TAKE NOTICE** that Michael Poreda, Esq. of the law firm of Lydecker, hereby enters

his appearance in this action as counsel to Defendant, Zwanger & Pesiri Radiology Group, LLC.

Dated: April 3, 2026

                                 **LYDECKER**

                                 */s/ Michael Poreda*
                                 Michael Poreda, Esq.
                                 200 Broadhollow Road, Ste. 207
                                 Melville, New York 11747
                                 631-260-1110
                                 mporeda@lydecker.com
                                 *Attorneys for Defendant*
                                 *Zwanger & Pesiri Radiology Group, LLP*