**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SELF INITIATED LIVING OPTIONS, INC., JUSTIN AINSWORTH, ASA BACON, GINA BARBARA, and DAVID RODRIGUEZ, and on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>ZWANGER & PESIRI RADIOLOGY GROUP, LLP,<br><br>Defendant. | Case No.: 2:25-cv-01104-OEM-ARL<br><br>**NOTICE OF APPEARANCE** |

**PLEASE TAKE NOTICE** that Cuiyun Li, Esq. of the law firm of Lydecker, hereby enters her appearance in this action as counsel for Defendant Zwanger & Pesiri Radiology Group, LLP.

Dated: September 15, 2026

**LYDECKER**

By: *_/s/ Cuiyun Li_*

Cuiyun "Laura" Li, Esq.
Broadhollow Road, Suite 207
Melville, NY 11747
lli@lydecker.com
*Attorney for Defendant*