LYDECKER

NEW YORK | NEW JERSEY | FLORIDA | PENNSYLVANIA | CALIFORNIA | GEORGIA

**Please reply to New York Office**

October 20, 2026

**VIA ECF**
Hon. Arlene R. Lindsay
United States Magistrate Judge
United States District Court
Eastern District of New York
100 Federal Plaza
Central Islip, New York 11722

**Re: Self Initiated Living Options, INC. et al. v. Zwanger & Pesiri Radiology Group, LLP**
**Case No. 2:25-cv-01104-OEM-ARL**

---

Dear Judge Lindsay:

Our firm, Lydecker, represents Defendant Zwanger & Pesiri Radiology in the above-referenced matter. I am writing to request withdrawal of my representation of Defendant in this matter. My association and employment with Lydecker will come to an end on October 23, 2026. Therefore, after October 23, 2026, I will no longer represent Defendant. This case is represented by other attorneys within Lydecker. Removal of my representation will not prejudice any parties.

I thank Your Honor in this regard.

Very truly yours,

/s/ *Cuiyun Li*
Cuiyun "Laura" Li, Esq.

Cc: James E. Bahamonde, Esq. (via ECF)