**LAW OFFICES OF JAMES E. BAHAMONDE, P.C.**

2501 Jody Court
North Bellmore, New York 11710
Long Island Tel. (516) 783-9662 • New York City Tel. (646) 290-8258
Fax No. (646) 435-4376 • James@CivilRightsNY.com

November 21, 2026

**VIA ECF**

Hon. Arlene R. Lindsay, U.S.M.J.
Eastern District of New York
Long Island Courthouse
814 Federal Plaza
Central Islip, NY 11722

**RE.** ***SILO, et al. v. Zwanger & Pesiri Radiology Group LLP,*** **25cv1104 (OEM)(ARL)**

Dear Magistrate Judge Lindsay:

Plaintiffs respectfully submit this letter motion pursuant to Federal Rules of Civil Procedure 26, 33, 34, 37, Local Civil Rule 37.3, and Your Individual Rules, seeking an Order compelling Defendant to provide complete and substantive supplemental responses to Plaintiffs' discovery demands, including Plaintiffs' First Set of Interrogatories and Requests for Production of Documents. Defendant's existing responses are materially deficient in several respects, including incomplete and nonresponsive answers, untimely boilerplate and unsupported objections, failure to state whether responsive documents have been withheld on the basis of asserted objections, and failure to produce documents and information responsive to Plaintiffs' requests. Despite Plaintiffs' good-faith efforts to resolve these deficiencies without Court intervention, and Defendant's subsequent agreement that it would supplement and amend its discovery responses by October 30, 2026, nothing has been received. Left with no alternative, Plaintiffs respectfully request that the Court direct Defendant to serve amended and supplemental responses and complete its production by a date certain.

Plaintiffs also respectfully request a ruling on their letter motion, filed on October 29, 2026, to compel Defendant to provide dates on which Plaintiffs' expert may inspect the subject radiology offices and for an extension of the discovery deadline. (*See*, Dkt. Doc. # 26). That motion remains pending.

**Procedural History and Relevant Facts**

In April 2026, Plaintiffs served Defendant its First Set of Interrogatories and First Request for Production of Documents. (*See*, **Exhibit 1**; Plaintiffs' First Set of Interrogatories; **Exhibit 2** Plaintiffs First Request for Production of Documents). Defendant did not respond. On May 12, 2026, the Court issued an Order compelling Defendant to respond to Plaintiffs' First Set of Interrogatories and Request for Production of Documents by June 12, 2026. (*See*, **Exhibit 3**; Court Order dated May 12, 2026). Defendant did not comply with the Court's Order and produced nothing. On September 15, 2026, Plaintiffs filed a letter motion seeking an order to show cause,

sanctions, and a pre-motion discovery conference pursuant to Federal Rule of Civil Procedure 37, based on Defendant's failure to respond to Plaintiffs' First Set of Interrogatories and First Request for Production of Documents. (*See*, Dkt. Doc. # 22; **Exhibit 4**).

By Order dated October 2, 2026, the Court denied Plaintiffs' motion at that time. The Court noted that defense counsel had attempted to explain the delay and found that the parties would benefit from a further meet and confer, in person or by telephone, to be held on or before October 16, 2026. The Court directed Plaintiffs' counsel to be prepared to outline any deficiencies in the interrogatory response during that conference. The Court also directed Defendant, on or before October 16, 2026, to respond to Plaintiffs' Request for Production of Documents, and warned that failure to do so "may result in the imposition of sanctions including a recommendation that the defendant's answer be stricken."

On October 14, 2026, in compliance with the Court's Order, I met and conferred with Defendant's counsel, Laura Li. During the conference, Defendant's counsel agreed that Defendant would cure its deficient and outstanding discovery responses by amending its document production and supplementing its interrogatory responses by October 30, 2026. Defendant also agreed to waive all objections, which were grossly untimely. (*See*, **Exhibit 5**; email from Laura Li memorializing our agreement). However, to date, Plaintiffs have not received anything from Defendant.

On October 29, 2026, Plaintiffs filed a letter motion seeking to compel Defendant to identify dates Plaintiffs' expert can inspect the subject radiology offices and an extension of time to complete discovery. (*See*, Dkt. Doc. # 26; Plaintiffs' letter motions dated October 29, 2026). The Court has not addressed this letter motion.

**Defendant's Discovery Responses Are Deficient and Must Be Amended and Supplemented**

Your Honor's Individual Rules have a three-page limit for discovery motions. Therefore, instead of reiterating the arguments Plaintiffs made in their discovery dispute letter, Plaintiffs respectfully refer the Court to the discovery dispute letter dated October 14, 2026, which is attached hereto as **Exhibit 6**.

**Relief Requested**

A Court Order:

1. Acknowledging Defendant's agreement to waive its untimely objections;

2. Compelling Defendant to supplement its answers and responses without reliance on the waived untimely objections and state whether any responsive information or material has been withheld;

3. Compelling Defendant to supplement its responses to Interrogatory Nos. 4, 5, 7, 9, 11, 12, 15, 16, 18, 19, and 20;

4. Compelling Defendant to Bates stamp its document production with a written index correlating documents to requests;

5. Compelling Defendant to amend its responses to Document Requests Nos. 1, 3 – 9, 17 – 19, 21, 22, 24, 28, 30, 31, 34 – 36, 39, 42, and 44; and

6. Compelling Defendant to disclose the date, scope, and custodians of Defendant's litigation hold.

Thank you for your attention to this matter.

Respectfully Submitted,

/s/ James E. Bahamonde

James E. Bahamonde, Esq.
Law Offices of James E. Bahamonde, P.C.
Attorney for Plaintiffs

cc: (via ECF)
Leigh Lieberman, Esq.
Michael Poreda, Esq.
Michael Goldman, Esq.
Lydecker
Attorneys for Defendant

-----------------------------------------

**List of Exhibits**

**Exhibit 1** Plaintiffs' First Set of Interrogatories

**Exhibit 2** Plaintiffs First Request for Production of Documents

**Exhibit 3** Court Order dated May 12, 2026

**Exhibit 4** Plaintiffs' letter motion seeking an order to show cause, sanctions and promotion discovery conference dated September 15 2026.

**Exhibit 5** email from Laura Li to James Bahamonde memorializing Defendant's agreement to waive all objections and supplement and amend discovery responses.

**Exhibit 6** Plaintiffs' Discovery dispute letter dated October 14 2026.