**James E. Bahamonde, Esq.**

| | |
|---|---|
| **From:** | ecf_bounces@nyed.uscourts.gov |
| **Sent:** | Tuesday, May 12, 2026 7:44 PM |
| **To:** | nobody@nyed.uscourts.gov |
| **Subject:** | Activity in Case 2:25-cv-01104-OEM-ARL Self Initiated Living Options, Inc. et al v. Zwanger & Pesiri Radiology Group, LLP Order on Motion to Compel |
| **Categories:** | Discovery |

**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mailbox is unattended.**

*****NOTE TO PUBLIC ACCESS USERS*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.**

**U.S. District Court**

**Eastern District of New York**

## Notice of Electronic Filing

The following transaction was entered on 5/12/2026 at 7:43 PM EDT and filed on 5/12/2026

| | |
|---|---|
| **Case Name:** | Self Initiated Living Options, Inc. et al v. Zwanger & Pesiri Radiology Group, LLP |
| **Case Number:** | 2:25-cv-01104-OEM-ARL |
| **Filer:** | |
| **Document Number:** | No document attached |

**Docket Text:**

**ORDER re [20]: The plaintiffs' motion seeking to compel the defendant to respond to their First Set of Interrogatories and First Request for Production of Documents is granted as unopposed. The defendant shall respond to both discovery requests on or before June 12, 2026. Failure to do so may result in the imposition of sanctions including a recommendation that the defendant's answer be stricken and a default judgment be entered. The plaintiffs request for an award of attorneys fees and any other relief requested in the letter is denied. Ordered by Magistrate Judge Arlene R. Lindsay on 5/12/2026. (RI)**

**2:25-cv-01104-OEM-ARL Notice has been electronically mailed to:**

James E. Bahamonde james@civilrightsny.com, ECF@civilrightsny.com, james.civilrightsny.com@recap.email

Michael Goldman mgoldman@lydecker.com

Michael Poreda mporeda@lydecker.com

**2:25-cv-01104-OEM-ARL Notice will not be electronically mailed to:**