**From:** Laura Li <lli@lydecker.com>
**Sent:** Wednesday, October 14, 2026 2:50 PM
**To:** James E. Bahamonde, Esq.
**Cc:** Leigh A. Lieberman; Peyton Wolf
**Subject:** RE: Discovery dispute; mean confer RE SILO v. Zwanger

Hi James,

It was nice talking to you. I am sending out this email to memorialize what we have agreed on:

1. You will extend the response time to October 30,
2. Defendant agrees to waive all objections,
3. Defendant will address deficiency of all interrogatories and document demands by October 30,
4. You will draft a confidentiality agreement for the sensitive documents that will be produced.

Best,

LYDECKER
NATIONAL LITIGATION LAW FIRM

One Evertrust Plaza, Suite 701, Jersey City, NJ 07302

**Cuiyun Li, Esq. AKA Laura Li**
**Associate**
Phone: (201) 676-7692
Ext: 919
Fax: (201) 676-7693
Email: lli@lydecker.com
Website: www.lydecker.com

The information contained in this electronic mail transmission including any attachments hereto are intended by Lydecker for the use of the intended recipient, named individual or entity to which it is directed and may contain information that is privileged or otherwise confidential. It is not intended for transmission to, or receipt by, anyone other than the intended recipient. It should not be copied or forwarded to any unauthorized persons. If you have received this electronic mail transmission in error, please delete it from your system without copying or forwarding it and notify the sender of the error by reply email or by calling Lydecker at (305) 416-3180, so that our address record can be corrected.

---

**From:** James E. Bahamonde, Esq. <James@CivilRightsNY.com>
**Sent:** Wednesday, October 14, 2026 12:21 PM
**To:** Laura Li <lli@lydecker.com>
**Cc:** Leigh A. Lieberman <llieberman@lydecker.com>
**Subject:** RE: Discovery dispute; mean confer RE SILO v. Zwanger

Today at 2 PM

**James E. Bahamonde, Esq.**

---

**From:** Laura Li <lli@lydecker.com>
**Sent:** Wednesday, October 14, 2026 12:18 PM
**To:** James E. Bahamonde, Esq. <James@CivilRightsNY.com>
**Cc:** Leigh A. Lieberman <llieberman@lydecker.com>
**Subject:** RE: Discovery dispute; mean confer RE SILO v. Zwanger

Hi James,

We can talk about it today if you are available. However, I believe this case will be assigned to a new associate shortly.

LYDECKER
NATIONAL LITIGATION LAW FIRM

One Evertrust Plaza, Suite 701, Jersey City, NJ 07302

**Cuiyun Li, Esq. AKA Laura Li**
**Associate**
Phone: (201) 676-7692
Ext: 919
Fax: (201) 676-7693
Email: lli@lydecker.com
Website:
https://link.edgepilot.com/x/idebsDrUs9KEtMIL1hermwA?u=http://www.lydecker.com/

The information contained in this electronic mail transmission including any attachments hereto are intended by Lydecker for the use of the intended recipient, named individual or entity to which it is directed and may contain information that is privileged or otherwise confidential. It is not intended for transmission to, or receipt by, anyone other than the intended recipient. It should not be copied or forwarded to any unauthorized persons. If you have received this electronic mail transmission in error, please delete it from your system without copying or forwarding it and notify the sender of the error by reply email or by calling Lydecker at (305) 416-3180, so that our address record can be

corrected.

---

**From:** James E. Bahamonde, Esq. <James@CivilRightsNY.com>
**Sent:** Wednesday, October 14, 2026 11:50 AM
**To:** Laura Li <lli@lydecker.com>
**Cc:** Leigh A. Lieberman <llieberman@lydecker.com>
**Subject:** Discovery dispute; mean confer RE SILO v. Zwanger

Laura, I hope you are doing well. We need to meet and confer regarding Defendant's improper and deficient discovery responses. Attached please find Plaintiffs' discovery dispute letter.

Please advise on your availability to meet and confer.

**James E. Bahamonde, Esq.**
Law Offices of James E. Bahamonde, PC
NYC Tel. 646-290-8258
L.I. Tel. 516-783-9662